UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. NO. 5:12-CR-96(CAR) |
| v. : | |
| : | |
| BRANDY DAY : | |

### CHANGE OF PLEA

I, BRANDY DAY, having been advised of my Constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the Court at such time as the Court has considered a presentence report and now plead **Guilty** to Count One of the Indictment, this ___9th___ day of ___August___, 2013.

I also acknowledge the fact the Court is required to consider any applicable advisory sentencing guideline when imposing sentence in this case.

_____
BRANDY DAY
DEFENDANT

_____
CHRISTINA L. HUNT
ATTORNEY FOR DEFENDANT

_____
JULIA C. BOWEN
ASSISTANT UNITED STATES ATTORNEY